### BRIGGS ag$^t$ LEVERETT

Abraham Briggs assignee of John Gifford plaint. ag$^t$ Hudson Leverett Defend$^t$ in an action of debt of Sixteen pounds or thereabouts due by bill under the s$^d$ Leveretts hand. dated the. 30th of Decemb$^r$ 1674. which is for so much hee received of m$^r$ Timothy Mather of Dorchester for the accompt of the s$^d$ Giffords & promised upon Six dayes after the receipt of the s$^d$ Mony to deliver the same to the s$^d$ Giffords or his assignes, and hee having received the s$^d$ debt of the s$^d$ Mather, is now due to the s$^d$ Briggs as an assignee to the s$^d$ Giffords & refuseth to pay the same with all other due damages according to attachm$^t$ Dat. July: 10th 1675. . . . The Jury . . . founde for the plaint. twelue pounds Fifteen Shillings mony and costs of Court.

The Defend[t] appealed from this judgement to the next Court of Assistants & himselfe principall in £:24: Cap[tn] James Oliver & Thomas Moore Sureties in £:12: apeice acknowledged themselues respectiuely bound to . . . prosecute his appeale . . .

[ The bill in question is found in S. F. 1413.3:

This present writeing bindeth mee Hudson Leverett of Boston to pay or cause to bee paide unto m[r] John Gifford the Summe of Sixteen pounds currant mony of New-England within Six dayes after the saide Leverett hath received the saide Summe from m[r] Timothy Mather & it is alwaies to bee understood that if the saide Timothy Mather shall by his neglect of paying the fores[d] Summe impose the s[d] Leverett to goe to law for the s[d] mony abouementioned, the s[d] Gifford shall allow the fores[d] Leverett what charge shalbee expended in the same Suite & the s[d] Leverett is to pay the saide Summe to the saide Gifford or his assignes. as witness o[r] hands this. 30. day of xber. 1674

Hudson Leverett
John Giffard

Witness present
   Abraham Briggs
   William Grice
   Own[d] in Court. July. 28° 1675 by m[r] Leverett. attests. Js[a] Addington Cler.

Leverett's account of 18$l$ 14$s$ 8$d$ (S. F. 1413.4) which offsets this advance, includes legal services, small loans, and "a maide Servant" at 9$l$ 10$s$. Gifford denied all knowledge of the maid servant, and added to Leverett's obligations an assignment of 48$l$ "Cash lent him in England" and "a Cuttlash worth 30$s$" (S. F. 1414.5). Leverett's Reasons of Appeal, which are not preserved, may be inferred from Briggs's reply (S. F. 1413.2):

Abraham Briggs his answear to m[r] Hudson Leverett his Reasons of Appeale from y[e] Iudgm[t] of y[e] County Court held att Boston y[e] 27th of July 1675. viz:

1[th] To his first particular; whereas m[r] Hudson Leverett pleads in his appeale of wrong that the Jury should doe him by ord[r]ing the sd m[r] Leverett to pay y[e] sd Briggs y[e] sume of Twelve pounds fifteene shillings in Moneyes & Cost and thereupon y[e] sd m[r] Hudson Leverett looks upon himselfe as wronged as haueing pd & tend[r]ed y[e] full summe that he Recd on the sd Giffards acc[t], (To y[e] sd Giffards) As he says may appeare by acc[t], (The p[r]sent defend[t] Briggs makes answeare, That according to law & Iustice y[e] defend[t] Looks upon himselfe wronged by such a verdict, And that y[e] sd defend[t] had noe cause of Complaint, The Law giving that y[e] Bill assigned is fully & Justly due to y[e] Assignee as is [sic] was to y[e] Assignor, And That further it was declared in Court by y[e] sd Giffards in p[r]sents of y[e] Court that y[e] sd Giffard was ord[r]ed by y[e] sd m[r] Hudson Leverett to take up what hee did take, of y[e] sd Briggs, The said Hudson Leverett haueing Recd y[e] sd Giffards Money & made vse of it that hee would pay y[e] sd Briggs y[e] sd Bill, & that [often] told y[e] sd Giffards, when hee came to him about it hee had nothing to doe with him, for hee was to pay y[e] said Briggs: y[e] s[d] Mony, for y[e] s[d] Bill, (and not him) And that to what hee says that hee hath pd & Tendered

y$^e$ sd Giffards y$^e$ full summe of what he had Recd of Giffards acc$^t$ is noe such thing. Besides y$^e$ 16*li* in Cash, of m$^r$ Mather; The said m$^r$ Hudson Leverett hath Recd Seaven pounds in Cash more Besides one great Trunk that Could not Cost in England less then 30 or: 40*s* according to y$^e$ Iudgm$^t$ of others, Also Turky worke Chairs & a Carpitt being the Remayner of an execution of 48$^{li}$ That hee will not giue the sd Giffard an acc$^t$ or any thing thereof nor proceed to finish y$^e$ execution, Soe that what Giffard did receive of y$^e$ sd m$^r$ Hudson Leverett was in ord$^r$ to y$^e$ receipt of these Moneyes Comming upon y$^e$ 48$^{li}$ And not to Jnfringe a Farthing of y$^e$ Sixteene pound Bill Assigned.

2$^d$ Jt is vterly denyed that any Considerable part was pd before hee Recd a penny of m$^r$ Mather what Giffard might say, as for y$^e$ sd m$^r$ Leverett to satisfy himselfe, It was not in Relation to that of m$^r$ Mathers (But as to y$^e$ whole summe of Money of 60*li* that hee had to Receive for him) the sd Giffard which hee had execution for; And might haue possest himselfe of y$^e$ whole as well as any part which for want of effecting hath been great wrong to y$^e$ sd Giffard that it is not don, att p$^r$sent.

3$^d$ Whereas hee speakes y$^e$ Iury hath giuen Abraham Briggs y$^e$ Assignee of John Giffard y$^e$ Summe of Twelve pounds Fifteene Shillings & y$^t$ Giffard Charges y$^e$ sd m$^r$ Hudson Leverett but w$^{th}$ 16$^{li}$ Recd of m$^r$ Mather, And said Giffard should by himselfe & ord$^r$ receive 7*li* 10*s* 8*d* is noe such thing; for Giffard as aboue exprest, declares that m$^r$ Hudson Leverett Recd more then y$^e$ saide 16*li* & had more to Receiue which hee might haue soone taken into his hands, as what he hath taken. And that what Giffard either himselfe or ord$^r$ hath Rec$^d$, he disowned nothing off in Court, But as with Relation to bee pd out of y$^e$ sume in Generall; & not y$^e$ 16*li* in particular, And for what hee speakes of y$^e$ 24s pd att y$^e$ Commissioners Court, Giffard hath declared in Court that hee was euer against y$^e$ sute knowing & haueing told him that hee could not divide y$^e$ Bond; as to make two actions of it; And whereas hee speakes of nine pounds & Tenne shillings for a servant; & that hee affirmes that at Giffards Request hee purchased y$^e$ sd Seruant, He knows that m$^r$ Giffards did declare in Court that both y$^e$ sd Giffards & his wife was att y$^e$ sd m$^r$ Leverets House severall times, for this seruant that hee speakes off, & was both denyed, And could not obtaine from y$^e$ sd m$^r$ Leverett any such seruant that hee speakes of though they were in want of one & would willingly haue had her, (which neuer since they heard off till now) That hee would pay this debt of 16*li* bye, And soe reserue it to himselfe; as what is before exprest, The summe of 48 li of y$^e$ sd Giffard that hee then Recd at y$^e$ same Cort & giues no acc$^t$ thereof Though hee hath received in part of that Bill, Also 7*li* in money 4 Turky worke Chairs a Turkey Carpitt & a great Trunk as afore mentioned

Jn Consideracion of all which y$^e$ defend$^t$ hopes to find y$^e$ Justnesse of y$^e$ Court Confirming y$^e$ former Judgm$^t$ with an Addition as to his proper Debt & Cost of Courts

I Remayne yo$^r$ Hono$^{rs}$ Servant to Command,

Abraham Briggs

Septemb$^r$ 7th 1675

The Court of Assistants (Records, i. 50) found for the plaintiff (Leverett) "forty seuen shillings abated of the former Judgm$^t$ & Costs of Courts." ]